**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PARENT OF THE MINOR CHILDREN** | * | Case No. |
| **JESTIN SHANK** | | |
| 17225 US Route 6 | * | |
| Bowling Green, OH 43402, | | Judge |
| | * | |
| and, | | |
| | * | **NOTICE OF REMOVAL** |
| **KADIN SHANK** | | |
| 17225 US Route 6 | * | |
| Bowling Green, OH 43402, | | |
| | * | |
| and, | | |
| | * | |
| **KARTER SHANK** | | |
| 17225 US Route 6 | * | |
| Bowling Green, OH 43402, | | |
| | * | |
| and, | | |
| | * | |
| **JOHN DOE 1-3** | | |
| 17225 US Route 6 | * | |
| Bowling Green, OH 43402, | | |
| | * | |
| Plaintiffs, | | |
| v. | * | |
| | | |
| **BOWLING GREEN CITY SCHOOLS** | * | |
| 137 Clough St. | | |
| Bowling Green, OH 43402, | * | |
| | | |
| and, | * | |
| | | |
| **BOWLING GREEN CITY SCHOOLS** | * | |
| **BOARD OF EDUCATION** | | |
| 137 Clough St. | * | |
| Bowling Green, OH 43402, | | |

and,                          *

**FRANCIS SCRUCI**         *
39 Briarcrest VL
Norwalk, OH 44857,       *

    and,              *

**TED HASELMAN**     *
**SUPERINTENDENT OF BOWLING
GREEN CITY SCHOOLS**   *
137 Clough St.
Bowling Green, OH 43402,[1]  *

    and,            *

**ADRIENNE RADEBAUGH**  *
428 Oak St.
Pemberville, OH 43450,   *

    and,            *

**MICHELE WOLF**     *
**ATHLETIC DIRECTOR OF BOWLING
GREEN CITY SCHOOLS**   *
17749 Webster Road
Bowling Green, OH 43402,   *

    and,            *

**ZACHARY GIBSON**    *
London Correctional Institute
Inmate No. A829052      *
1580 OH-56
London, OH 43140,      *

    and,            *

**OSTEGO LOCAL SCHOOL DISTRICT** *
18505 Tontogany Creek Rd., Ste. 1
Bowling Green, OH 43402,   *

---

[1] This address is not included in Plaintiffs' Complaint. The District Defendants provide Superintendent Haselman's work address here for the Court's use in removing and opening this case, and without waiving any potential arguments or defenses in this case.

2

and,                                          *

**KEVIN O'SHEA**                              *
**SUPERINTENDENT OF OTSEGO**
**SCHOOLS**                                   *
[No address provided in Complaint],

                    **Defendants.**

                    ****************************

Defendants, Bowling Green City Schools, Bowling Green City Schools Board of Education, Francis Scruci, Ted Haselman, Adrienne Radebaugh, and Michele Wolf (together, "the District Defendants"), appear for the purposes of removal and state:

1.      The District Defendants wish to exercise their rights under the provisions of 28 U.S.C. §1441 *et seq.* to remove this action from the Court of Common Pleas of Wood County, Ohio, in which this case is now pending under the style of *Jestin Shank, et al. v. Bowling Green City Schools, et al.,* Case No. 2025CV0886. The District Defendants are contemporaneously filing a copy of this Notice of Removal with the Wood County Court of Common Pleas.

2.      This is a civil action over which this Court has original jurisdiction arising under the provisions of 28 U.S.C. §1331 *et seq.*, federal question jurisdiction, and is an action which may be removed to this Court by the District Defendants pursuant to 28 U.S.C. §1441(a). Plaintiffs' allegations in the Complaint include alleged violations of the Equal Protection Clause and Due Process Clause under the Fourteenth Amendment of the United States Constitution. In accordance with 28 U.S.C. §1441(c), the entire pending action should be removed, including joinder of Plaintiffs' state law claims.

3.      This Notice of Removal is being filed within 30 days after the District Defendants received a copy of the Complaint filed by Plaintiffs, and it is timely in accordance with 28 U.S.C.

3

§1446(b). Defendants' time to move, plead, or answer with respect to the Complaint has not expired. Simultaneously with this Notice, Defendants are filing a Motion for Extension of Time to move, plead, or answer in response to Plaintiff's Complaint. Copies of all process and pleadings served by and upon the District Defendants or otherwise available on the Wood County Court of Common Pleas Court's docket in this matter as of this filing are provided as Exhibit A hereto.

4. In accordance with 28 U.S.C. §1446(b), all Defendants have joined in or consented to the removal. Counsel for Defendants Otsego Local School District and Kevin O'Shea have signed below confirming their clients' consent to removal. Defendant Zachary Gibson has provided his written consent to the removal, as provided in Exhibit B.

Respectfully submitted,

AS TO THIS NOTICE OF REMOVAL:

*/s/Jennifer A. McHugh*
Byron S. Choka (0014249)
Teresa L. Grigsby (0030401)
Jennifer A. McHugh (0084842)
bchoka@snlaw.com
tgrigsby@snlaw.com
jmchugh@snlaw.com
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH 43604
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
*Attorneys for Defendants Bowling Green City Schools, Bowling Green City Schools Board of Education, Francis Scruci, Ted Haselman, Adrienne Radebaugh, and Michele Wolf*

CONSENTING TO THE REMOVAL

*/s/John D. Pinzone, via email approval provided on January 19, 2026*
John D. Pinzone, Esq. (0075279)

4

Jillian Eckart, Esq. (0088770)
Katheryn E. Hach, Esq. (0103631)
Mazanec, Raskin & Ryder Co.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Telephone: (440) 248-7906
Fax: (440) 248-8861
Email: jpinzone@mrrlaw.com
          jeckart@mrrlaw.com
          khach@mrrlaw.com
*Attorneys for Defendants Otsego Local
School District and Kevin O'Shea*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed this 20th of January, 2026. Notice of this filing will be sent by operation of the Court's filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.  This is to further certify that a copy of the foregoing also has been electronically served upon counsel on this 20th day of January, 2026, as follows:

Jacob Studer, Esq.
Mark Antiporda, Esq.
Law Firm of Jacob Studer
126 E. Second Street
Perrysburg, OH 43551
Jstuderlaw@gmail.com

*Attorneys for Plaintiffs*

John D. Pinzone, Esq.
Jillian Eckart, Esq.
Katheryn E. Hach, Esq.
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Email: jpinzone@mrrlaw.com
          jeckart@mrrlaw.com
          khach@mrrlaw.com

*Attorneys for Defendants Otsego Local
School District and Kevin O'Shea*

5

A copy of the foregoing also is being sent via regular U.S. Mail on the 20th day of January, 2026, to the following:

Zachary Gibson, Inmate No.: A829052
London Correctional Institution
1580 OH-56
London, OH 43140
*Pro Se Defendant*

/s/Jennifer A. McHugh
*Jennifer A. McHugh*

788168

6