IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| PARENT OF THE MINOR CHILDREN, JESTIN SHANK, et al., | * * * | Case No. **3:26-cv-00140-JJH** JUDGE |
| Plaintiffs, | * | |
| v. | * * | **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |
| Bowling Green City Schools, et al., | * | Jacob Studer (0091585) Law Firm of Jacob Studer |
| Defendants, | * * * | Attorney for Plaintiff 126 E. Second Street Perrysburg, Ohio 43551 (419) 973-0207 Jstuderlaw@gmail.com |

\* \* \* \* \* \* \*

Now comes the Plaintiffs, Jestin Shank et al., by and through Counsel, Jacob A. Studer, who hereby voluntarily dismiss their Complaint against the Defendants, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, which permits a plaintiff to dismiss their action without a court order.

Respectfully Submitted,

\_\_\_\_/s/ *Jacob A. Studer*_____
Jacob A. Studer
Attorney for Plaintiffs

Dated: February 24, 2026
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge